IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:26-cv-02797-EGS

KEITH ANDREWS, et al.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

                            /

**DECLARATION OF SERVICE**

I, Peter Ticktin, declare as follows:

1.      I am counsel for Plaintiffs, Keith Andrews, et al.,  in the above-captioned action and am over the age of eighteen.

2.      On August 12, 2026, I served the United States Attorney for the District of Columbia pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) by transmitting a copy of the Summons and Complaint, together with all accompanying exhibits, by email to **USADC.ServiceCivil@usdoj.gov**, the email address designated by the United States Attorney's Office for the District of Columbia for acceptance of service of process in civil actions.

3.      The email was sent on August 12, 2026, at approximately 10:09 a.m., and the subject line stated:

**Andrews, Keith, et al., v. United States of America, 1:26-cv-02797-EGS**

4.      The Summons, Complaint, and accompanying exhibits were transmitted as a single PDF attachment, with the Summons appearing first.

5.      On August 12, 2026, I separately served the Attorney General of the United States pursuant to Federal Rule of Civil Procedure 4(i)(1)(B) by sending a copy of the Summons and Complaint by [CERTIFIED MAIL, RETURN RECEIPT REQUESTED / REGISTERED MAIL] to:

**Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

6.      The mailing was deposited with the United States Postal Service on August 12, 2026. The USPS tracking/receipt number is **9589 0710 2283 0032 87**.

7.      A copy of the USPS mailing receipt and delivery confirmation/return receipt will be maintained as evidence of service.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,                              Dated: August 12,  2026

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

 /s/ *Peter Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com
ROGER ROOTS, ESQUIRE
Rhode Island Bar No. 6752
Serv517@LegalBrains.com